# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv389

| | |
|---|---|
| VIRGINIA HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DENNY'S CORPORATION; MILLIE ) | |
| KISER; RICHARD CRUM; and ) | |
| RODNEY HIXSON, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the individual defendant Richard Crum's Motion to Dismiss (#11) and defendants Mili Kiser's and Rodney Hixsons Motion to Dismiss (#10). On or about December 10, 2009, plaintiff filed a Voluntary Dismissal as to each of the individual defendants. See Docket Entries #21 and #22. Inasmuch as such voluntary dismissals were properly filed in accordance with Rule 41, Federal Rules of Civil Procedure, the motions to dismiss are moot as the individual defendants have been dismissed.

# ORDER

**IT IS, THEREFORE, ORDERED** that individual defendant Richard Crum's Motion to Dismiss (#11) and defendants Mili Kiser's and Rodney Hixsons Motion to Dismiss (#10) are **DENIED** as moot.

\* \* \*

It appearing that the corporate defendant has now Answered and that issues have fully joined, the parties are advised that an Initial Attorneys Conference is required to be conducted within 14 days of entry of this Order, and that a Certificate of Initial Attorneys Conference is due within 7 days of conducting the IAC.

Signed: January 4, 2010

_____
Dennis L. Howell
United States Magistrate Judge